■ State of New York, Respondent, v Terry Kear et al., Respondents, and Griffith Oil Co., Inc., Appellant. [922 NYS2d 219]—Appeal from an order of the Supreme Court, Allegany County (Thomas P. Brown, A.J.), entered March 18, 2010. The order denied the motion of defendant Griffith Oil Co., Inc. for summary judgment dismissing the complaint and cross claims against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.